**Pennsylvania Rules of the Judicial Ethics Advisory Board**

**Subchapter A.  Preliminary Provisions.**

\*\*\*

**Rule 104. Pennsylvania Judicial Ethics Advisory Board**

**(a) General Rule.** The Supreme Court shall appoint a board to be known as the "Pennsylvania Judicial Ethics Advisory Board" ("the Board")**,** which shall consist of **thirteen [nine]** members: one judge of the Superior Court; one judge of the Commonwealth Court; **four [three]** judges of the courts of common pleas; one judge of the Philadelphia Municipal Court; **four [two]** magisterial district judges who must be members of the Pennsylvania bar; one member of the Pennsylvania bar who is not a judicial officer**; and one retired judge from any level of level of the judiciary**.  A majority of the Board shall constitute a quorum; action of the Board shall be by majority vote of members attending.  No member of the Board may be a member of the Judicial Conduct Board or the Court of Judicial Discipline. The Supreme Court shall designate one member to serve as Chair and another to serve as Vice-Chair.

**(b) Submissions from Representative Courts and Judicial Organizations.**  The President Judges of the Superior and Commonwealth Courts shall submit to the Chief Justice the names of three candidates for each Board position to be filled by a judge of their respective courts.  The PCSTJ shall submit to the Chief Justice the names of three candidates for each Board position to be filled by a judge of a common pleas court or a judge of the Philadelphia Municipal Court.  The SCJAP shall submit to the Chief Justice the names of three candidates for each Board position to be filled by a magisterial district judge.  The Supreme Court shall select appointees for those positions from the names submitted.  In the absence of submissions, the Supreme Court shall proceed to fill the Board positions.

**(c) Terms and Vacancies.** The first nine appointments to the Board shall be for staggered terms as follows: three members appointed for six years, three members for four years, and three members for two years. **The four members appointed to expand the Board to thirteen members will be appointed to staggered terms as follows: one member for six years, two members for four years, and one member for two years.** Thereafter, a new appointment to the Board shall be for a single six-year term.  A vacancy shall be filled from the same membership category using the same process from which the vacating member was appointed.  Appointments to fill a vacancy shall be for the balance of the term vacated.

\*\*\*